UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES CASPER and<br>MARY CATHERINE CASPER,<br><br>  Plaintiffs,<br><br>v.<br><br>CLAIBORNE COUNTY, TENNESSEE,<br>SHERIFF DAVID RAY, individually and in<br>his official capacity as a employee of the<br>CLAIBORNE COUNTY SHERIFF'S<br>DEPARTMENT, STEVE CLINE, individually<br>and in his official capacity as a employee of<br>the CLAIBORNE COUNTY SHERIFF'S<br>DEPARTMENT,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 3:13-CV-411-TAV-HBG |

## **ORDER**

For reasons explained in a memorandum opinion entered contemporaneously with this order, the Court hereby **GRANTS** defendants' Motion for Partial Dismissal [Doc. 6] and **DISMISSES** plaintiff's Tennessee Governmental Tort Liability Act claims as well as the claims against Sheriff David Ray and Steve Cline in their official capacities.

IT IS SO ORDERED.

              s/ Thomas A. Varlan
              CHIEF UNITED STATES DISTRICT JUDGE